UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES EVIE PARKER,<br><br>  Petitioner,<br>  v.<br><br>SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S CENTRAL PRIORS UNIT, *et al.,*<br><br>  Respondents. | No. EDCV 08-84 ODW (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-barred.

DATED: October 23, 2008

_____
OTIS D. WRIGHT
United States District Judge