UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES EVIE PARKER, | No. EDCV 08-84 ODW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S CENTRAL PRIORS UNIT, *et al.*, | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 23, 2008

_____
OTIS D. WRIGHT
United States District Judge